UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESUS GUILLERMO BUENO- ) <br> MARTINEZ, ) <br> ) <br> Defendant. ) | CR-08-0137-WFN-36 <br><br> Final Order of Forfeiture |

WHEREAS, on June 30, 2009, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 21 U.S.C. § 853, preliminarily forfeiting to the United States the following:

$190,249.98 U.S. currency seized on or about October 1, 2008.

WHEREAS Defendant JESUS GUILLERMO BUENO-MARTINEZ's interest in the currency described above was forfeited to the United States pursuant to the plea agreement and judgment filed herein.

WHEREAS, 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2, require the resolution of all third-party claims to the property in the final order of forfeiture.

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 20, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by 21 U.S.C. § 853(n). At the latest, the claim period expired on July 19, 2010. To date, no claims have been filed.

Final Order of Forfeiture -1-
P00720dm.sva.wpd

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the $190,249.98 U.S. currency is hereby forfeited to the United States, and no interest exists in any other person;

IT IS FURTHER ORDERED that the United States Marshals Service shall dispose of the funds in accordance with law.

ORDERED this   22nd   day of July, 2010.

                                          s/ Wm. Fremming Nielsen
                                          Wm. Fremming Nielsen
                                          Senior United States District Judge